

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00308-CV

Sruhad Sudhirbhai **PATEL**,
Appellant

v.

Janvi Atulkumar **PATEL**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI09524
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's final decree of divorce is AFFIRMED. Appellee's motion for damages is DENIED. We tax costs of court for this appeal against Sruhad Sudhirbhai Patel.

SIGNED May 19, 2021.

_____
Patricia O. Alvarez, Justice